CHALOS, O'CONNOR & DUFFY, LLP
Attorneys for Plaintiff
366 Main Street
Port Washington, New York 11050
Tel: (516) 767-3600 / Fax: (516) 767-3605
Eugene J. O'Connor (EO-9925)
Timothy Semenoro (TS-6847)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
ATS SHIPPING TRANSPORATION
TRADING INC.,

                              Plaintiff,

        v.

WJ GRAIN LTD, also d/b/a WJ GROUP,

                             Defendant.
------------------------------------------------------------------X

08 CV 0867

**RULE 7.1 STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel of record for Plaintiff ATS SHIPPING TRANSPORTATION TRADING INC., certifies that there are no corporate parents, or related companies, which are publicly held in the United States.

Dated: Port Washington, New York
       January 23, 2008

                                          CHALOS, O'CONNOR & DUFFY, LLP
                                          Attorneys for Plaintiff

               By:         _____
                                 Eugene J. O'Connor (EO-9925)
                                 Timothy Semenoro (TS-6847)
                                 366 Main Street
                                 Port Washington, New York 11050
                                 Tel: (516) 767-3600 / Fax: (516) 767-3605