BROWN GAVALAS & FROMM LLP
Attorney for Defendant
WJ GRAIN LTD.
355 Lexington Avenue, 4th Floor
New York, New York 10017
(212) 983-8500

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X

ATS SHIPPING TRANSPORTATION
TRADING INC.,

                Plaintiff,

      v.

WJ GRAIN LTD. also d/b/a WJ GROUP,

              Defendant.
--------------------------------------------------------X

08 Civ. 867 (AKH)

**NOTICE OF RESTRICTED
APPEARANCE PURSUANT TO
FED. R. CIV. P. E(8) OF THE
SUPPLEMENTAL RULES FOR
CERTAIN ADMIRALTY AND
MARITIME CLAIMS**

      PLEASE TAKE NOTICE, that BROWN GAVALAS & FROMM LLP has been retained by the

Defendant, WJ GRAIN LTD., to represent said Defendant in the above-entitled action, and hereby

demands that copies of all proceedings in this action subsequent to the Summons and Complaint be

served upon BROWN GAVALAS & FROMM LLP at its office as listed below.

      PLEASE TAKE FURTHER NOTICE, that Defendant, by its attorneys, BROWN GAVALAS &

FROMM LLP, hereby enters a restricted appearance on behalf of said Defendant pursuant to Rule E(8),

of the Fed. R. Civ. P. Supplementary Rules for Admiralty and Maritime Claims, solely to defend against

the alleged admiralty and maritime claims asserted by plaintiff ATS SHIPPING TRANSPORTATION

TRADING INC. with respect to money, funds, and electronic fund transfer payments restrained by

garnishees named in the Process of Maritime Attachment and Garnishment issued in this matter, and any

other or supplemental garnishees who may restrain the property of Defendant and as to which there has

issued Process of Maritime Attachment and Garnishment, reserving all defenses available to Defendant

including, but not limited to, personal jurisdiction, venue, and service.

Dated:  New York, New York
        February 20, 2008

                              BROWN GAVALAS & FROMM LLP

                         By: _____
                              Peter Skoufalos (PS-0105)
                              Attorney for Defendant
                              WJ GRAIN LTD.
                              355 Lexington Avenue, 4th Floor
                              New York, New York 10017
                              (212) 983-8500

TO:    Via ECF
       Clerk of the Court
       United States District Court
       Southern District of New York
       500 Pearl Street
       New York, New York 10007

       Via ECF
       Chalos, O'Connor & Duffy LLP
       Attorneys for Plaintiff
       366 Main Street
       Port Washington, New York 11050
       Attn:   Eugene J. O'Connor
               Timothy Semenoro