# CHALOS, O'CONNOR & DUFFY

**ATTORNEYS AT LAW**

Michael G. Chalos
Eugene J. O'Connor
George M. Chalos
Owen F. Duffy
Leroy S. Corsa
Timothy Semenoro*
Brian T. McCarthy
George E. Murray

*Admitted in NY & NJ

366 MAIN STREET
PORT WASHINGTON, NEW YORK 11050-3120

TELEPHONE (516) 767-3600
TELECOPIER (516) 767-3605 & 3925
WEBSITE: WWW.CODUS-LAW.COM

Eugene J. O'Connor
Partner
oconnor@codus-law.com

Timothy Semenoro
Associate
tsemenoro@codus-law.com

March 18, 2008

*[Handwritten endorsement: So ordered. The cnf is canceled; the case is transferred to the suspense calendar; initial report is due 6/6/08 and every 120 days thereafter. 3-26-08 /s/ Hellerstein]*

The Honorable Alvin K. Hellerstein
Daniel Patrick Moynihan United States Courthouse
~~500 Pearl Street,~~ Room 1050
New York, New York 10007

Re: ATS Shipping Transportation Trading Inc. v. W.J. Grain Ltd. d/b/a W.J. Group
SDNY – 08 Civ. 867 (AKH)

Dear Judge Hellerstein,

  We are counsel for plaintiff ATS Shipping Transportation Trading Inc. in the above referenced action and write on behalf of all parties. We respectfully request that this action be placed on this Honorable Court's suspense calendar and to allow the parties to report the status of the matter by joint letters on set control dates in lieu of court conferences.

  This subject action was commenced as an *ex-parte* proceeding that resulted in the issuance of an Order and Process of Maritime Attachment pursuant to Rule B of the Supplemental Rules for Certain Admiralty and Maritime Claims. After this Court issued the Order and Process of Attachment, we promptly served these papers on a select group of garnishee banks in New York. This resulted in the attachment of funds belonging to the defendant in excess of the claimed amount. All excess funds have been promptly released. Furthermore, by agreement, the parties have reduced the total amount of the attached security to US $300,000.00.

  At present, the parties continue to work cooperatively towards the resolution of the underlying claims. A determination on the merits will take place in accordance with the subject contract in England. Therefore, the parties do not anticipate conducting any discovery in the United States, and the attached funds should remain attached until the parties can resolve the underlying claims by agreement and/or arbitration in England.

  Under these circumstances, the parties jointly request that this action be placed on a suspense calendar until the resolution of the underlying claims by the parties. Once the claims are resolved or if assistance is needed, the parties will inform the Court by joint letter. The parties also request that they be allowed to report to the Court in the future by joint status letters in lieu of conferences. If this Honorable Court requires periodic reports, we propose that the first status letter be due on or before June 6, 2008. Should our request be granted, the scheduled

**CHALOS, O'CONNOR & DUFFY LLP**

initial conference now set for April 4, 2008 may be cancelled. There have been no previous requests for adjournment and no party will be prejudiced by these requests.

We thank this Honorable Court for its continued attention and understanding. If further discussion is required, or if there are any questions, please do not hesitate to contact us.

Respectfully submitted,

CHALOS, O'CONNOR & DUFFY

Eugene J. O'Connor
Timothy Semenoro

CC:   Brown Gavalas & Fromm LLP
      355 Lexington Avenue
      New York, New York 10017
      Attn: Peter Skoufalos, Esq.
            Patrick R. O'Mea, Esq.

2