UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
ATS SHIPPING TRANSPORTATION
TRADING INC.

        Plaintiff,

  v.

WJ GRAIN LTD. also d/b/a WJ GROUP,

        Defendant.
-------------------------------------------------------------X



08 Civ. 867 (AKH)

**STIPULATION AND
ORDER OF DISMISSAL**

  **IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned attorneys for the parties herein, that the above-entitled action be voluntarily dismissed with prejudice as per Rule 41(a)(1) of the Rules of Civil Procedure for the United States District Courts and with each party to its own costs and fees.

  **FURTHERMORE,** it is hereby **ORDERED** that all attached property, including assets, accounts, electronic fund transfers, funds, etc., of Defendant WJ GRAIN LTD. also d/b/a WJ GROUP, held by any and all garnishee banks, pursuant to the Court's Order for Issuance of Process of Maritime Attachment, dated January 24, 2008, and corresponding Process of Maritime Attachment and Garnishment, including any Supplemental Process, for the subject action, are vacated and to be released as follows:

  A.  As to garnishee bank Citibank, NA, any attached funds in its possession are to be transferred to an account of WJ Grain Trade Limited as per new banking details to be provided by Messrs. Brown Gavalas & Fromm on behalf of WJ Grain Ltd.; and

  B.  All other attached funds are to be released to the Defendant in accordance with the original routing instructions for each transfer, unless otherwise directed.

Dated: New York, New York
       June 23, 2008

|  |  |
|---|---|
| Chalos, O'Connor & Duffy LLP | Brown Gavalas & Fromm LLP |
| By: *[signature]* | By: *[signature]* Peter Skoufalos /T.S. — by e-mail authority 6/23/08 |
| Eugene J. O'Connor | |
| Timothy Semenoro | |
| 366 Main Street | 355 Lexington Avenue |
| Port Washington, NY 11050 | New York, New York 10017 |
| Phone: (516) 767-3600 | Phone: (212) 983-8500 |
| Fax: (516) 767-3605 | (212) 983-5946 |
| oconnor@codus-law.com | pskoufalos@browngavalas.com |
| tsemenoro@codus-law.com | |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

SO ORDERED: 6/24/08

*[signature]*

Hon. Alvin K. Hellerstein U.S.D.J.

2